UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RONALD PERSER,

        Plaintiff,

- against -

ANDREW CUOMO, Governor of the State of
New York; ANTHONY J. ANNUCCI,
Commissioner, D.O.C.C.S.; BARRY
McARDLE, Superintendent; PAROLE
DIVISION OF ALBANY, NEW YORK; and
MR. J. HOBB, Parole Officer,

        Defendants.
------------------------------------------------------------X

**TRANSFER ORDER**
14-CV-7363 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

    On December 10, 2014, the Court received *pro se* plaintiff Ronald Perser's ("Perser") civil rights action challenging his continued incarceration and seeking damages for the period of time that he alleges to have been improperly detained. Because Perser is currently incarcerated at Watertown Correctional Facility, which is located in Jefferson County, the filing is hereby transferred to the United States District Court for the Northern District of New York. *See* 28 U.S.C. § 112(a) (stating that Jefferson County is located within the Northern District of New York); 28 U.S.C. § 1404(a) (providing that, for convenience of parties and witnesses and in interest of justice, district court may transfer case to any district in which it could have been brought); *Solar v. Annetts*, 707 F. Supp. 2d 437, 442–43 (S.D.N.Y. 2010).

    A decision as to Perser's application to proceed without the prepayment of fees (Doc. No. 2) is reserved for the transferee court. This Court offers no opinion on the merits of Perser's claims. The provision of Rule 83.1 of the Local Rules of the Eastern District of New York that requires a seven-day delay is waived. Summonses shall not issue from this Court.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       December 22, 2014
                            ROSLYNN R. MAUSKOPF
                            United States District Judge